IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

IZRAEL ALANIZ CANTU,

    Defendant.

4:13CR3031

## ORDER

This matter came before the Court on the 9th day of July, 2013, for a final dispositional hearing on the Petition for Warrant for Offender Under Supervision (Filing No.3). The defendant was present and was represented by Assistant Federal Public Defender, Michael J. Hansen. The United States was represented by Assistant United States Attorney, William W. Mickle, II. The defendant admitted allegations 1 and 2 of the Report and the defendant was found to be in violation of the terms of his supervised release. Allegations 3 – 5 were dismissed.

IT IS THEREFORE HEREBY ORDERED: The defendant's supervised release is revoked and the defendant shall be remanded to the custody of the Bureau of Prisons to be imprisoned for a term of fourteen (14) months, consecutive to sentences imposed in state cases CR13-355 and CR13-516 in Adams County Court. Upon completion of imprisonment, no further term of supervised released will be imposed.

Dated this 9th day of July, 2013.

LYLE E. STROM
Senior U.S. District Court Judge